# United States Court of Appeals
### For the Eighth Circuit

_____

No. 20-1912

_____

Anheuser Busch Employee Credit Union

*Plaintiff - Appellant*

v.

Travelers Property Casualty Company of America; Charter Oak Fire Insurance Company

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

_____

Submitted: April 15, 2021
Filed: July 9, 2021
[Unpublished]

_____

Before SMITH, Chief Judge, COLLOTON and ERICKSON, Circuit Judges.

_____

PER CURIAM.

In this insurance coverage dispute, Anheuser Busch Employee Credit Union appeals the district court's[1] adverse grant of summary judgment. Having carefully

---

[1]The Honorable Catherine D. Perry, United States District Judge for the Eastern District of Missouri.

reviewed the record and the parties' arguments, we find no basis for reversal. *See Torgerson v. City of Rochester*, 643 F.3d 1031, 1042 (8th Cir. 2011) (en banc) ("This court reviews de novo a grant of summary judgment."). The judgment is affirmed. *See* 8th Cir. R. 47B.

_____